USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PATRICK GRAHAM et al.,                              :

                Plaintiffs,                       :     **ORDER**

      -v.-                                                :     08 Civ. 4363 (LAP)(GWG)

                                                 :
CORRECTION OFFICER KNEBEL et al.,
                Defendants.                      :

------------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge.**

      The docket sheet in this action indicates that the complaint was filed on May 9, 2008 and that no proof of service of the summons and complaint has been filed. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f) or 4(j)(1).

In accordance with this rule, plaintiffs are directed to arrange for prompt service of the summons and complaint on the defendant(s). If service is not made by September 15, 2008, or if no application is made in writing by such date to extend the time for service showing good cause for the failure to serve, <u>this action may be dismissed.</u>

      Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York 10007 (Telephone: (212) 805-0175) may be of assistance in connection with court procedures.

SO ORDERED.

Dated: August 14, 2008
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copies to:

Patrick Graham
2409 Glenwood Road
Brooklyn, NY 11210

Lance E. Tucker
87-B-1972
Mid-Orange Corr. Fac.
900 Kings Highway
Warwick, NY 10990

Ricky Panayoty
01-A-3892
Mid-Orange Prison
900 Kings Highway
Warwick, NY 10990

Gregory Moye
115-18 59th Street
Jamaica NY 11434

Carl Miller
80-B-1771
Mid-Orange Corr. Fac.
900 Kings Highway
Warwick, NY 10990

Dennis Ransom
91-A-7136
Mid-Orange Corr. Fac.
900 Kings Highway
Warwick, NY 10990

Nathaniel Wilson
02-A-5593
Mid-Orange Corr. Fac.
900 Kings Highway
Warwick, NY 10990