UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PATRICK GRAHAM et al.,                          :

                    Plaintiffs,                 :        **ORDER**

           -v.-                                 :        08 Civ. 4363 (LAP)(GWG)

                                                :

CORRECTION OFFICER KNEBEL et al.,
                    Defendants.                 :

------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge.**

      The Court is in receipt of a letter dated August 19, 2008 from plaintiff Lance Tucker stating that he has not received from the Pro Se Office materials necessary to effectuate service of the complaint. Apparently, the materials were sent to plaintiff Patrick Graham and returned as undeliverable. It also appears that Mr. Graham requested that any written materials be sent to plaintiff Lance Tucker (see Docket # 3).

      Accordingly, the Pro Se Office is requested to send materials necessary to effectuate service to Mr. Tucker. Upon receipt, Mr. Tucker shall send the appropriate forms promptly to the U.S. Marshals. The deadline for service is extended to November 14, 2008.

      A new summons may be issued if necessary for this purpose.

      Please be aware that the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York 10007 (Telephone: (212) 805-0175) may be of assistance in connection with court procedures.

      SO ORDERED.

Dated: August 25, 2008
      New York, New York

                        GABRIEL W. GORENSTEIN
                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08

Copies to:

Patrick Graham
2409 Glenwood Road
Brooklyn, NY 11210

Lance E. Tucker
87-B-1972
Mid-Orange Corr. Fac.
900 Kings Highway
Warwick, NY 10990

Ricky Panayoty
01-A-3892
Mid-Orange Prison
900 Kings Highway
Warwick, NY  10990

Gregory Moye
115-18 59th Street
Jamaica NY  11434

Carl Miller
80-B-1771
Mid-Orange Corr. Fac.
900 Kings Highway
Warwick, NY 10990

Dennis Ransom
91-A-7136
Mid-Orange Corr. Fac.
900 Kings Highway
Warwick, NY 10990

Nathaniel Wilson
02-A-5593
Mid-Orange Corr. Fac.
900 Kings Highway
Warwick, NY 10990